UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| AZUCENA C. OVALLE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-005 |
| | § | |
| ANDREW M. SAUL, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Plaintiff Azucena C. Ovalle filed this lawsuit petitioning for review of the Administrative Law Judge's decision to deny her spousal insurance benefits. (Doc. 1)

On October 7, 2021, the Magistrate Judge issued the Report and Recommendation (Doc. 63) recommending that Ovalle's petition be denied because the Administrative Law Judge's decision is supported by substantial evidence. No party filed objections. The Court finds no clear error in the Report and Recommendation.

The Court **ADOPTS** the Report and Recommendation (Doc. 63). As a result, it is:

**ORDERED** that the Petitioner Azucena C. Ovalle's petition for review of the denial of benefits is **DENIED.**

The Clerk of Court is directed to close this matter.

Signed on December 10, 2021.

_____
Fernando Rodriguez, Jr.
United States District Judge